ACCEPTED
06-15-00044-CV
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
8/12/2015 11:10:30 AM
DEBBIE AUTREY
CLERK

# No. 06-15-00044-CV

### IN THE COURT OF APPEALS FOR THE

### SIXTH DISTRICT OF TEXAS

### AT TEXARKANA

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
8/12/2015 11:10:30 AM
DEBBIE AUTREY
Clerk

### BURLINGTON RESOURCES OIL & GAS COMPANY, LP,

*Appellant*

vs.

### PETROMAX OPERATING CO., INC.; WOODBINE ACQUISITION, LLC, N/K/A MD AMERICA ENERGY, LLC; PETRO TEXAS, LLC; CH4 ENERGY II, LLC; AND TEXCAL ENERGY SOUTH TEXAS, LP

*Appellees*

### NOTICE OF APPEARANCE AS ADDITIONAL COUNSEL

COMES NOW John R. Mercy, of the law firm of MERCY ✶ CARTER ✶ TIDWELL, L.L.P., and hereby enters his appearance as additional counsel for BURLINGTON RESOURCES OIL & GAS COMPANY, LP, Appellant herein. All parties hereto take notice of this appearance.

Respectfully submitted,

*/s/ John R. Mercy*

John R. Mercy
State Bar No. 13947200
MERCY ✶ CARTER ✶ TIDWELL, L.L.P.
1724 Galleria Oaks Drive
Texarkana, TX 75503
Telephone: (903) 794-9419
Facsimile: (903) 794-1268
E-mail: jmercy@texarkanalawyers.com

Roger Townsend
  State Bar No. 20167600
  Email: rtownsend@adjtlw.com
ALEXANDER DUBOSE JEFFERSON
  & TOWNSEND, LLP
1844 Harvard Street
Houston, TX 77008
Telephone: (713) 523-2358
Facsimile:  (713) 523-4553


Kirsten M. Castaneda
  State Bar No. 00792401
  Email: kcastaneda@adjtlaw.com
ALEXANDER DUBOSE JEFFERSON
  & TOWNSEND, LLP
4925 Greenville Avenue, Suite 510
Dallas, TX 75206
Telephone: (214) 369-2358
Facsimile:  (214) 369-2359


Fred Hagans
  State Bar No. 08685500
  Email: fhagans@hagans-law.com
Kendall C. Montgomery
  State Bar No. 14293900
  Email: kmontgomery@hagans-law.com
HAGANS BURDINE MONTGOMERY & RUSTAY
3200 Travis Street, Fourth Floor
Houston, TX 77006
Telephone: (713) 222-2700
Facsimile:  (713) 547-4950

Vincent Lee Marable
  State Bar No. 12961600
  Email: trippmarable@sbcglobal.net
PAUL WEBB, P.C.
221 N. Houston Street
Wharton, TX 77488
Telephone: (979) 532-5331
Facsimile:  (979) 532-2902

ATTORNEYS FOR APPELLANT

## CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2015 the foregoing *Notice of Appearance of Additional Counsel* was served via e-service on Appellees through counsel of record, listed below:

Mr. Brad D'Amico
 *bd@canteyhanger.com*
CANTEY HANGER LLP
1999 Bryan Street, Suite 3300
Dallas, Texas  75201

*Counsel for Appellee Petromax Operating Co., Inc.*

Mr. David J. Beck
 *dbeck@beckredden.com*
Mr. Thomas E. Ganucheau
 *tganucheau@beckredden.com*
BECK REDDEN LLP
1221 McKinney Street, Suite 4500
Houston, Texas  77010-2010

*Counsel for Appellees Petromax Operating Co., Inc., Petro Texas LLC, and CH4 Energy II, LLC*

Mr. Greg W. Curry
  *Greg.Curry@tklaw.com*
Mr. Gregory D. Binns
  *Gregory.Binns@tklaw.com*
Mr. Richard B. Phillips, Jr.
  *Rich.Phillips@tklaw.com*
THOMPSON & KNIGHT LLP
1722 Routh Street, Suite 1500
Dallas, Texas  75201

*Counsel for Appellee Woodbine Acquisition, LLC n/k/a MD America Energy LLC*

Mr. Jesse R. Pierce
  *Jpierce@pierceoneill.com*
Mr. Brian K. Tully
  *Btully@pierceoneill.com*
PIERCE & O'NEILL, LLP
4203 Montrose Blvd.
Houston, Texas  77006

*Counsel for Appellee TexCal Energy South Texas, LP*

/s/  *John R. Mercy*
John R.  Mercy